

UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS OF ARKANSAS

| | |
|---|---|
| RE: Becky Whiteside | CASE NO. 02-14446 |
| BECKY WHITESIDE | PLAINTIFF |
| V.          NO. 02-14446     5-02-ap-1169 | |
| KEITH WHITESIDE | DEFENDANT |

## COMPLAINT FOR TURNOVER

Comes now the Plaintiff, BECKY WHITESIDE, by and through her attorney, J. SLOCUM PICKELL, and for her Complaint for Turnover herein, states:

1. That Plaintiff filed a divorce action on September 14, 2001. At the time of the filing of divorce action, Plaintiff was in possession of the 1999 Mercury Mountaineer which was Plaintiff's primary means of transportation.

2. On or around November 27, 2001, Defendant filed a motion for a temporary hearing requesting an order from the divorce court that Plaintiff either reimburse Defendant for payments on said vehicle or either surrender vehicle to Defendant. At a hearing on Defendant's motion, the court denied Defendant's request for temporary relief, allowing Plaintiff to remain in possession of the vehicle pending final adjudication of this matter. A copy of the motion and order are attached hereto as Exhibit "A" and "B", respectively.

3. On or around April 20, 2002, Defendant took possession of Plaintiff's 1999 Mercury Mountaineer without authorization, thereby depriving Plaintiff of her only means of transportation.

4. Plaintiff needs the aforementioned vehicle for employment purposes and for transporting her children to and from school.

5. Plaintiff prays for an order of the court directing Defendant to return the 1999 Mercury Mountaineer to Plaintiff immediately.

6. Plaintiff is entitled to her court costs and attorney's fees to be reimbursed by Defendant for having to file this action.

Wherefore, Plaintiff prays for an Order from the court directing Defendant to return the 1999 Mercury Mountaineer immediately; for costs and fees; and for all other just and proper relief to which she is entitled.

_____
J. Slocum Pickell
Attorney at Law
P.O. Box 7247
Pine Bluff, AR 71611
(870) 534-0224

## CERTIFICATE OF SERVICE

I, J. Slocum Pickell do certify that I have mailed a copy of the foregoing pleading to Mr. Phillip Green, Attorney at Law, P.O. Box 190, Star City, AR 71667, and Walter Dickinson, U.S. Bankruptcy Trustee, 3101 Hinson Rd, Little Rock, AR 72212, with sufficient postage thereon to ensure delivery this 25 day of June, 2002.

_____
J. Slocum Pickell

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ARKANSAS

KEITH WHITESIDE                                                                         PLAINTIFF

VS.                                              NO. E-2001-1252-1

BECKY WHITESIDE                                                                        DEFENDANT

## MOTION FOR TEMPORARY HEARING

Comes now the Plaintiff, Keith Whiteside, and for his Motion, states:

1. The Plaintiff has filed a complaint for divorce herein and the defendant has filed a timely answer to same;
2. There are certain property issues to be litigated between the parties;
3. Among these property issues, the Defendant is in possession of a vehicle a 1999 Mercury Mountaineer, the payment of which is payroll deducted from Plaintiff's paycheck
4. Defendant should be ordered to reimburse Plaintiff for said payment; alternatively she should either refinance and retitle the vehicle in her name, or surrender the vehicle to the Plaintiff.
5. Defendant should also be ordered to maintain the insurance on the vehicle.
6. A temporary hearing is necessary to determine the rights and responsibilities of the parties in and to the above vehicle.

WHEREFORE, Plaintiff prays for a temporary hearing, for an Order directing Defendant to reimburse him for her vehicle payments, to provide insurance for the vehicle, or alternatively, to refinance or surrender said vehicle, and for other proper relief to which he is entitled.

RESPECTFULLY SUBMITTED,
KEITH WHITESIDE



FILED
NOV 27 2001
JEANETTE HENCE
Circuit Clerk
JEFFERSON COUNTY, ARKANSAS

EXHIBIT A

BY: _____/s/ Phillip C. Green_____
Phillip C. Green, #97013
P.O. Box 190
Star City, AR 71667
(870) 628-6211

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the aforegoing pleadings has been sent this day to Slocum Pickell at P.O. Box 7247, Pine Bluff, AR 71611, by regular mail.

_____/s/ Phillip Green_____
Phillip Green

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ARKANSAS
DOMESTIC RELATIONS DIVISION

KEITH WHITESIDE                                                           PLAINTIFF

V                                   NO. E-2001-1252-1

BECKY WHITESIDE                                                           DEFENDANT

## ORDER

Now on this day comes on the above matter for temporary hearing, the Plaintiff appearing by and through his attorney, Phillip Green, and the Defendant appearing by and through her attorney, J. Slocum Pickell, and from the facts, matters, and evidence presented to the court, the court doth find and order:

1.  That Plaintiff's motion for temporary relief is denied.

IT IS SO ORDERED this 29 day of January, 2002.

_____
CIRCUIT COURT JUDGE


EXHIBIT B

FILED
JAN 29 2002
JEANETTE HENCE
Circuit Clerk
JEFFERSON COUNTY, ARKANSAS